UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUDIN RIVERA,**

      **Plaintiff,**

**v.**                                                      **Case No: 6:15-cv-79-Orl-41DAB**

**DEER RUN REALTY &
MANAGEMENT, INC., BLOSSOM
PARK CONDOMINIUM
ASSOCIATION, INC. and FRANK
BARBER,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 11). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 16), which recommends that the motion be granted and that Plaintiff be afforded leave to amend the Complaint (Doc. 1).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 11) is **GRANTED**.

3. On or before **August 28, 2015**, Plaintiff may file an Amended Complaint in accordance with the Report and Recommendation. Failure to do so may result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record